**No. 56845.**—Williams Clarke Company a/c The American Import Company *v.* United States, protest 171425–K (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of rubber dog heads the same in all material respects as the merchandise the subject of Abstracts 43340 and 49469, the claim at 25 percent under paragraph 1537 (b) was sustained.

**No. 56846.**—Vinyard & Allen Jewelry *v.* United States, protest 168689–K/14002 (New Orleans).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 56847.**—F. L. Kraemer & Co. and Bartley Bros. *v.* United States, protest 176405–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of saddle seats and web mounts, in chief value of leather, for saddles which are in part of pigskin and valued at over $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiffs was sustained.